Official Form 1 (1/08)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| *NORTHERN* DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Ross, Dominick* | *Ross, Karyn* |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| *NONE* | *aka Karyn S Pearson Ross* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *9241* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *9229* |
| Street Address of Debtor (No. & Street, City, and State): *1549 Driftwood Lane* *Crystal Lake IL*    ZIPCODE *60014* | Street Address of Joint Debtor (No. & Street, City, and State): *1549 Driftwood Lane* *Crystal Lake IL*    ZIPCODE *60014* |
| County of Residence or of the Principal Place of Business: *McHenry* | County of Residence or of the Principal Place of Business: *McHenry* |
| Mailing Address of Debtor (if different from street address): *SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address): *SAME*    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE*    ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check **one** box.)<br><br>☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☒ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☐ Debts are primarily business debts.<br><br>**Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Official Form 1 (1/08)**                                                                                      **FORM B1, Page   2**

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Dominick Ross and Karyn Ross* |

### All Prior Bankruptcy Cases Filed Within Last 8 Years          (If more than two, attach additional sheet)

| Location Where Filed:  *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor          (If more than one, attach additional sheet)

| Name of Debtor:  *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X  */s/ Sherwin A. Gerstein*                            *08/29/2008*  |
| | Signature of Attorney for Debtor(s)                            Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                        FORM B1, Page  3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Dominick Ross and*<br>*Karyn Ross* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Dominick Ross*
_____
Signature of Debtor

**X** */s/ Karyn Ross*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*08/29/2008*
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*08/29/2008*
_____
(Date)

### Signature of Attorney*

**X** */s/ Sherwin A. Gerstein*
_____
Signature of Attorney for Debtor(s)

*Sherwin A. Gerstein*
_____
Printed Name of Attorney for Debtor(s)

*Sherwin A. Gerstein and Associates*
_____
Firm Name

*77 West Washington Street*
_____
Address

*Suite 712*
_____

*Chicago IL  60602*
_____

*312.726.3338*
_____
Telephone Number

*08/29/2008*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*08/29/2008*
_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Dominick Ross*
   *and*
   *Karyn Ross*

Case No.
Chapter  7

_____
                                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Karyn Ross*

Date:    *08/29/2008*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Dominick Ross*
    *and*
    *Karyn Ross*

Case No.
Chapter   7

_____
                         Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Dominick Ross*

Date:   *08/29/2008*

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Dominick Ross and Karyn Ross*

Case No.

Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      284,570.00 | | |
| B-Personal Property | *Yes* | *3* | $        3,143.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    283,986.95 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $     76,937.42 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *17* | | $     92,893.95 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      6,442.61 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      7,480.00 |
| TOTAL | | *30* | $      287,713.00 | $    453,818.32 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Dominick Ross and Karyn Ross*

Case No.

Chapter  7

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 76,937.42 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 76,937.42 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 6,442.61 |
| Average Expenses (from Schedule J, Line 18) | $ 7,480.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 5,274.63 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 2,774.26 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 76,937.42 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 92,893.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 95,668.21 |

In re _Dominick Ross and Karyn Ross_ _____     Case No. _____
                          Debtor                                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____31_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _8/29/2008_____          Signature  _/s/ Dominick Ross_____
                                                          **Dominick Ross**


Date: _8/29/2008_____          Signature  _/s/ Karyn Ross_____
                                                          **Karyn Ross**

                                         [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _Dominick Ross and Karyn Ross_ _____ ,    Case No._____
                                   Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence, Single Family Home located at 1549 Driftwood Lane, Crystal Lake, IL 60014, in McHenry County, estimated Market Value $284,570 per Freddie Mac's Home Value Explorer, outstanding mortgage of $281,212.69. Mortgage in arrears and property in foreclosure. IRS put lien on home for $56,000.00. Debtors are surrendering the residence. | Fee Simple | J | $ 284,570.00 | $ 281,212.69 |
| No continuation sheets attached | | **TOTAL $**<br>**(Report also on Summary of Schedules.)** | _284,570.00_ | |

B6B (Official Form 6B) (12/07)

In re _Dominick Ross and Karyn Ross_ ,                                      Case No. _____

Debtor(s)                                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account No. 0095672401 with Homestate Bank, 40 Grant Street, Crystal Lake, IL 60014*<br><br>*Location: In debtor's possession*<br><br>*Checking Account No. 1876024214 with TCF Bank, 4930 N. Milwaukee, Chicago, IL 60630*<br>*Location: In debtor's possession* | H<br><br><br><br><br>J | $ 200.00<br><br><br><br><br>$ 18.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit with Nicor Gas*<br>*Location: In utility's possession* | W | $ 125.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Ordinary Household Goods and Furnishings*<br>*Location: In debtor's possession* | J | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Basic Wearing Apparel*<br>*Location: In debtor's possession* | J | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Page __1__ of __3__

In re _Dominick Ross and Karyn Ross_ ,    Case No. _____
　　　　　　　　Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *IMRF Pension* *Location: In debtor's possession* | H | $ 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100 % Interest in SENIOR HOME CARE SERVICES,INC., an Illinois corporation incorporated 4/10/2008.* *Location: In debtor's possession* | H | $ 1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or | X | | | |

B6B (Official Form 6B) (12/07)

In re <u>Dominick Ross and Karyn Ross</u> ,    Case No. _____
                Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1996 Plymouth Voyager Minivan with 125,000 miles, in fair condition.  No oustanding loans on vehicle.* <br> *Location: In debtor's possession* | H | $ 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office Equipment and Supplies* <br> *Location: In debtor's possession* | J | $ 300.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 3,143.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Dominick Ross and Karyn Ross_ ,                          Case No. _____
                Debtor(s)                                                           (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Checking Account_ | _735 ILCS 5/12-1001(b)_ | $ 200.00 | $ 200.00 |
| _Checking Account_ | _735 ILCS 5/12-1001(b)_ | $ 100.00 | $ 18.00 |
| _Security Deposit_ | _735 ILCS 5/12-1001(b)_ | $ 125.00 | $ 125.00 |
| _Household Goods and Furnishings_ | _735 ILCS 5/12-1001(b)_ | $ 500.00 | $ 500.00 |
| _Wearing Apparel_ | _735 ILCS 5/12-1001(b)_ | $ 500.00 | $ 500.00 |
| _Pension_ | _735 ILCS 5/12-1006_ | $ 0.00 | $ 0.00 |
| _Interest in Business_ | _735 ILCS 5/12-1001(b)_ | $ 1,000.00 | $ 1,000.00 |
| _1996 Plymouth Voyager Minivan_ | _735 ILCS 5/12-1001(c)_ | $ 500.00 | $ 500.00 |
| _Office Equipment and Supplies_ | _735 ILCS 5/12-1001(b)_ | $ 300.00 | $ 300.00 |

B6D (Official Form 6D) (12/07)

In re _Dominick Ross and Karyn Ross_____,        Case No._____

     **Debtor(s)**                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No. *7995*<br><br>*Creditor # : 1*<br>*Fremont Investment & Loan*<br>*P O Box 19030*<br>*San Bernardino CA 92423-9030* | | W | *05/2008*<br><br>*Mortgage*<br>*Residence*<br><br><br>Value: *$ 0.00* | | | | *$ 2,774.26* | *$ 2,774.26* |
| Account No. *3178*<br><br>*Creditor # : 2*<br>*Litton Loan Servicing*<br>*4828 Loop Central Drive*<br>*Houston TX 77081-2166* | | J | *07/2004*<br><br>*Mortgage*<br>*Case No. 08 CH 1404*<br><br><br>Value: *$ 284,570.00* | | | | *$ 281,212.69* | *$ 0.00* |
| Account No. *3178*<br><br>*Representing:*<br>*Litton Loan Servicing* | | | *Codilis & Associates, PC*<br>*15W030 North Frontage Road*<br>*Suite 100*<br>*Burr Ridge IL 60527-6921*<br><br>Value: | | | | | |

No continuation sheets attached

| | Subtotal $<br>(Total of this page) | $ 283,986.95 | $ 2,774.26 |
|---|---|---|---|
| | Total $<br>(Use only on last page) | $ 283,986.95 | $ 2,774.26 |

(Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (12/07)

In re _Dominick Ross and Karyn Ross_____,        Case No._____
      **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_    **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re _Dominick Ross and Karyn Ross_____ ,    Case No._____
　　　　　　**Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: _5215_ Creditor # : 1 Illinois Department of Emp Sec 260 East Indian Trail Rd Aurora IL 60505 | W | 2002-2006 Taxes Home Care Options | | | | | $ 5,240.14 | $ 5,240.14 | $ 0.00 |
| Account No: _0/01_ Creditor # : 2 Ill Dept of Human Services P O Box 19429 Springfield IL 62794-9429 | H | 04/2008 Early Intervention Medical debt | | | | | $ 120.00 | $ 120.00 | $ 0.00 |
| Account No: _5215_ Creditor # : 3 Illinois Department of Revenue Bankruptcy Section P. O. Box 64338 Chicago IL 60664-0338 | W | 2002-2004 Corporate Income Tax Home Care Options Inc | | | | | $ 1,600.00 | $ 1,600.00 | $ 0.00 |
| Account No: _5215_ Creditor # : 4 Illinois Department of Revenue Bankruptcy Section P. O. Box 64338 Chicago IL 60664-0338 | W | 2002-2004 Withholding Tax Home Care Options Inc | | | | | $ 2,900.00 | $ 2,900.00 | $ 0.00 |
| Account No: _5215_ Creditor # : 5 Internal Revenue Service 230 South Dearborn Suite 2560 Chicago IL 60604 | W | 2003 Taxes Home Care Options Inc | | | | | $ 4,577.28 | $ 4,577.28 | $ 0.00 |
| Account No: _5215_ Creditor # : 6 Internal Revenue Service 230 South Dearborn Suite 2560 Chicago IL 60604 | W | 2002-2004 Corporate Income Tax Home Care Options Inc | | | | | $ 36,500.00 | $ 36,500.00 | $ 0.00 |

Sheet No. _1_ of _2_ continuation sheets attached

Account No: to Schedule of Creditors Holding Priority Claims

Repeated Creditor
Internal Revenue Service

_United States Attorney_
_219 South Dearborn Street_
_5th Floor_
_Chicago IL 60604_

| | Subtotal $ (Total of this page) | 50,937.42 | 50,937.42 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

**Official Form 6E (12/07) - Cont.**

In re _Dominick Ross and Karyn Ross_____ ,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *5215*  *Creditor # : 7*  *Internal Revenue Service*  *230 South Dearborn*  *Suite 2560*  *Chicago IL 60604* | | W | *2002-2004*  *Withholding Tax*  *Home Care Options Inc* | | | | $ 26,000.00 | $ 26,000.00 | $ 0.00 |
| Account No:  *Representing:*  *Internal Revenue Service* | | | *United States Attorney*  *219 South Dearborn Street*  *5th Floor*  *Chicago IL 60604* | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 26,000.00 | 26,000.00 | 0.00 |

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)    76,937.42

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    76,937.42    0.00

B6F (Official Form 6F) (12/07)

In re _Dominick Ross and Karyn Ross_____ ,   Case No._____
**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6931<br>Creditor # : 1<br>Advocate Home Care Products<br>2311 W 22nd Street<br>Ste 300<br>Oak Brook IL 60523 | H | 2006<br>Medical Bills | | | | $ 6.20 |
| Account No:   2179<br>Creditor # : 2<br>Advocate Lutheran General Hosp<br>1775 Dempster Street<br>Patient Accts Dept<br>Park Ridge IL 60068-1174 | H | 2006<br>Medical Bills | | | | $ 50.00 |
| Account No:   6228<br>Creditor # : 3<br>Advocate Lutheran General Hosp<br>1775 Dempster Street<br>Patient Accts Dept<br>Park Ridge IL 60068-1174 | H | 05/2008<br>Medical Bills<br>Anthony | | | | $ 243.08 |
| Account No:   6228<br>Creditor # : 4<br>Advocate Lutheran General Hosp<br>1775 Dempster Street<br>Patient Accts Dept<br>Park Ridge IL 60068-1174 | H | 05/2008<br>Medical Bills | | | | $ 243.08 |

*16* continuation sheets attached

Subtotal $     $ 542.36

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Dominick Ross and Karyn Ross_____ ,   Case No. _____
**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8482 *Creditor # : 5* AT&T P O Box 8212 Aurora IL 605728212 | | W | 2007 Utilities Home Care Options | | | | $ 873.82 |
| Account No:    6601 *Creditor # : 6* AT&T P O Box 8212 Aurora IL 605728212 | | H | 2007 Utilities | | | | $ 170.31 |
| Account No:    6601 Representing: AT&T | | | NCO Financial Services 507 Prudential Road Horsham PA 19044 | | | | |
| Account No:    1322 *Creditor # : 7* A-tec Ambulance Inc P O Box 457 Wheeling IL 60090 | | H | 2007 Medical Bills | | | | $ 1,531.00 |
| Account No:    3500 *Creditor # : 8* Brinks Home Security P O Box 152235 Irving TX 75015-2235 | | W | 2007 Security System | | | | $ 1,046.25 |
| Account No:    6785 *Creditor # : 9* Card Processing Center P O Box 9204 Old Bethpage NY 11804 | | W | 2007 Credit Card Debt | | | | $ 1,449.36 |

Sheet No. _1_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 5,070.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____ ,     Case No. _____
          **Debtor(s)**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:     7358<br><br>Creditor # : 10<br>Cardiac & Vascular Spec<br>915 Center St<br>Suite 2001<br>Elgin IL 60120-2112 | | H | 10/2007<br><br>Medical Bills | | | | $ 34.00 |
| Account No:     2313<br><br>Creditor # : 11<br>Cardmember Service<br>P O Box 6335<br>Fargo ND 58125-6335 | | H | 2007<br><br>Credit Card Debt<br>Small Claims Case No. 08 SC 1792 | | | | $ 5,640.40 |
| Account No:     2313<br><br>Representing:<br>Cardmember Service | | | Elan Financial Services<br>P O Box 108<br>St. Louis MO 63166-9801 | | | | |
| Account No:     2313<br><br>Representing:<br>Cardmember Service | | | Blitt and Gaines PC<br>661 Glenn Avenue<br><br>Wheeling IL 60090 | | | | |
| Account No:     Ross<br><br>Creditor # : 12<br>Centegra Health System<br>4201 Medical Center Drive<br>Billing Department<br>McHenry IL 60050 | | H | 2007<br><br>Medical Bills | | | | $ 1,903.25 |
| Account No:     0305<br><br>Creditor # : 13<br>Centegra Northern Illinois Med<br>P O Box 1447<br>Woodstock IL 60098-1447 | | H | 2007<br><br>Medical Bills | | | | $ 150.00 |

Sheet No. __2__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  **Subtotal $**       **$ 7,727.65**
                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Dominick Ross and Karyn Ross_____ , Case No._____
**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7616 <br><br> Creditor # : 14 <br> Children's Memorial Hospital <br> 2300 Children's Plaza <br> Patient Billing <br> Chicago IL 60614-3363 | | W | 2005 <br> Medical Bills | | | | $ 502.76 |
| Account No: 7616 <br><br> Representing: <br> Children's Memorial Hospital | | | OSI Collection Services Inc <br> 1375 E Woodfield Rd # 110 <br> Schaumburg IL 60173 | | | | |
| Account No: 8608 <br><br> Creditor # : 15 <br> Citifinancial Retail Services <br> P O Box 22060 <br> Tempe AZ 85285-2060 | | H | 2005 <br> Furniture | | | | $ 3,389.49 |
| Account No: 8608 <br><br> Representing: <br> Citifinancial Retail Services | | | Redline Recovery Services LLC <br> 2350 N Forest Road <br> Suite 31B <br> Getzville NY 14068-1296 | | | | |
| Account No: 8608 <br><br> Representing: <br> Citifinancial Retail Services | | | Northstar Location Services <br> 4285 Genesee Street <br> Cheektowaga NY 14225-1943 | | | | |
| Account No: 6957 <br><br> Creditor # : 16 <br> City of Crystal Lake <br> P O Box 457 <br> Wheeling IL 60090 | | H | 2007 <br> Emergency Service | | | | $ 325.00 |

Sheet No. _3_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 4,217.25
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_                         ,   Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4152<br>*Creditor # : 17*<br>*Comcast*<br>*2508 W Route 120*<br>*McHenry IL 60051-4712* | | W | *2004*<br>*Cable* | | | | $ 127.43 |
| Account No.   1441<br>*Creditor # : 18*<br>*Crystal Lake Oral Surgery*<br>*690 N Route 31 # D*<br>*Crystal Lake IL 60012* | | H | *2006*<br>*Dental Services* | | | | $ 249.50 |
| Account No.   1441<br>*Representing:*<br>*Crystal Lake Oral Surgery* | | | *Transworld Systems*<br>*2235 Mercury Way*<br>*Suite 275*<br>*Santa Rosa CA 95407-5413* | | | | |
| Account No.   157<br>*Creditor # : 19*<br>*Daily Herald*<br>*c/o Biehl & Biehl*<br>*325 West Fullerton Ave*<br>*Carol Stream IL 60188* | | J | *2007*<br>*Subscription* | | | | $ 219.00 |
| Account No.   9111<br>*Creditor # : 20*<br>*DirectV*<br>*2230 E Imperial Hwy*<br>*El Segundo CA 90245* | | W | *2006*<br>*Cable* | | | | $ 412.15 |
| Account No.   9111<br>*Representing:*<br>*DirectV* | | | *The CBE Group*<br>*P O Box 2635*<br>*Waterloo IA   50704-2635* | | | | |

Sheet No. __4__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,008.08

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   9111<br>*Representing:*<br>*DirectV* | | | Mitchell N. Kay Law Offices<br>P. O. Box 2374<br>Chicago IL 60690-2374 | | | | |
| Account No.   2324<br>Creditor # : 21<br>Discover Card<br>P O Box 15192<br>Wilmington  DE 19850-5192 | | W | 2006<br>Credit Card Debt | | | | $ 5,154.42 |
| Account No.   8177<br>Creditor # : 22<br>Douglas Norman MD<br>36857 Eagle Way<br>Box 36-857<br>Chicago IL 60678 | | H | 2007<br>Medical Bills | | | | $ 160.00 |
| Account No.   Ross<br>Creditor # : 23<br>Dr Edward Levine<br>819 Turnberry Lane<br>Northbrook IL 60062-8602 | | W | 2005<br>Debt<br>Home Care Options<br>For:  Charlotte Levine | | | X | $ 8,000.00 |
| Account No.   3062<br>Creditor # : 24<br>ENH Medical Group<br>9532 Eagle Way<br>Chicago IL 60678 | | H | 2007<br>Medical Bills | | | | $ 175.00 |
| Account No.   1097<br>Creditor # : 25<br>ENH Medical Group<br>c/o Van Ru Credit Corp<br>1350 E Touhy Ave Ste 100E<br>Des Plaines IL 60018 | | J | 2007<br>Medical Bills<br>Baby Boy Ross | | | | $ 175.00 |

Sheet No. _5_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 13,664.42

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____,   Case No. _____
        **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6785<br><br>Creditor # : 26<br>FCNB<br>P O Box 2210<br>Portland OR 97208-2210 | | W | 2007<br>Credit Card Debt | | | | $ 1,528.12 |
| Account No.   6785<br><br>Representing:<br>FCNB | | | Midland Credit Management<br>P O Box 1259<br>Dept 12421<br>Oaks PA 19456 | | | | |
| Account No.   1926<br><br>Creditor # : 27<br>FFPM Carmel Holdings I LLC<br>c/o Law Offices Keith Shindler<br>1990 E Algonquin Rd Ste 180<br>Schaumburg IL 60173 | | W | 2007<br>Credit Card Debt<br>Small Claims Case No. 08 SC 1926 | | | | $ 1,339.27 |
| Account No.   0137<br><br>Creditor # : 28<br>First Midwest Bank<br>Loan Operations Center<br>P O Box 9003<br>Gurnee IL 60031-9003 | | W | 2006<br>Overdrawn Bank Account<br>Home Care Options, Inc. | | | | $ 608.52 |
| Account No.   0137<br><br>Representing:<br>First Midwest Bank | | | Trackers Inc<br>P O Box 1227<br>Bettendorf IA 52722 | | | | |
| Account No.   1811<br><br>Creditor # : 29<br>Greater Elgin Emergency Spec<br>P O Box 5940 20 1105<br>Carol Stream IL 60197-5940 | | H | 07/2008<br>Medical Bills | | | | $ 40.00 |

Sheet No. _6_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,515.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Dominick Ross and Karyn Ross_____ ,   Case No. _____
         **Debtor(s)**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   5505 <br><br> Creditor # : 30 <br> Greater Elgin Emergency Spec <br> P O Box 5940 20 1105 <br> Carol Stream IL 60197-5940 | | W | 2007 <br> Medical Bills <br> Karyn | | | | $ 40.00 |
| Account No.   9721 <br><br> Creditor # : 31 <br> Greater Elgin Emergency Spec <br> P O Box 5940 20 1105 <br> Carol Stream IL 60197-5940 | | H | 04/2008 <br> Medical Bills | | | | $ 40.00 |
| Account No.   4915 <br><br> Creditor # : 32 <br> Greater Elgin Emergency Spec <br> P O Box 5940 20 1105 <br> Carol Stream IL 60197-5940 | | H | 2007 <br> Medical Bills <br> Anthony | | | | $ 179.00 |
| Account No.   7194 <br><br> Creditor # : 33 <br> Greater Elgin Emergency Spec <br> P O Box 5940 20 1105 <br> Carol Stream IL 60197-5940 | | H | 2007 <br> Medical Bills <br> Dominick | | | | $ 408.00 |
| Account No.   2994 <br><br> Creditor # : 34 <br> HSBC Card Services <br> P O Box 85003 <br> Salinas CA 93912-0053 | | H | 2006 <br> Credit Card Debt | | | | $ 838.43 |
| Account No.   2994 <br><br> Representing: <br> HSBC Card Services | | | Phillips and Cohen Associates <br> P O Box 48458 <br> Oak Park MI 48237 | | | | |

Sheet No.   7   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,505.43

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____ ,   Case No._____
**Debtor(s)**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7741<br>Creditor # : 35<br>HSBC Card Services<br>P O Box 81622<br>Salinas CA 93912-1622 | | W | 2007<br>Credit Card Debt | | | | $ 983.88 |
| Account No:   7741<br>Representing:<br>HSBC Card Services | | | First Financial Asset Mgmt<br>P O Box 18064<br>Hauppauge NY 11788-8864 | | | | |
| Account No:   7106<br>Creditor # : 36<br>HSBC Retail Services<br>P O Box 5244<br>Carol Stream IL 60197-5244 | | H | 2006<br>Merchandise<br>Laptop | | | | $ 3,505.20 |
| Account No:   7106<br>Representing:<br>HSBC Retail Services | | | Arrow Financial Services<br>P O Box 1206<br>Oaks PA 19456-1206 | | | | |
| Account No:   7106<br>Representing:<br>HSBC Retail Services | | | Pioneer Credit Recovery<br>26 Edward Street<br>Arcade NY 14009 | | | | |
| Account No:   n/a<br>Creditor # : 37<br>Irma Russell<br> 2324 Arden Lane<br>Round Lake IL 60073 | | J | 2007<br>Personal Loan | | | | $ 3,000.00 |

Sheet No.   8  of   16  continuation sheets attached to Schedule of            Subtotal $            $ 7,489.08
Creditors Holding Unsecured Nonpriority Claims                                Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____,   Case No. _____

**Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   Ross<br>Creditor # : 38<br>Julie Ciero<br>4910 McMillan Lane<br>Crystal Lake IL 60012 | | J | 2006-2007<br>Medical Bills<br>Speech Therapy | | | | $ 630.00 |
| Account No:   1038<br>Creditor # : 39<br>Ladies Home Journal<br>1716 Locust Street<br>Des Moines IA 50309-3023 | | W | 03/2008<br>Subscription | | | X | $ 16.97 |
| Account No:   8711<br>Creditor # : 40<br>Lake Forest Hospital<br>660 North Westmoreland Road<br>Lake Forest IL 60045-9989 | | H | 2006<br>Medical Bills | | | | $ 630.00 |
| Account No:   9011<br>Creditor # : 41<br>LaSalle Bank<br>c/o TRS Recovery Services<br>5251 Westheimer<br>Houston TX 77056 | | W | 2007<br>Overdraft<br>Home Care Options Inc | | | | $ 1,152.53 |
| Account No:   7713<br>Creditor # : 42<br>National Advertiser<br>c/o Receivable Mgmt Service<br>4836 Brecksville Road<br>Richfield OH 44286 | | W | 2007<br>Service<br>Home Care Option Inc | | | | $ 435.00 |
| Account No:   571B<br>Creditor # : 43<br>North Shore Radiological Serv<br>9410 Compubill Drive<br>Orland Park IL 60462 | | H | 2007<br>Medical Bills | | | | $ 861.00 |

Sheet No. _9_ of _16_ continuation sheets attached to Schedule of          Subtotal $ | $ 3,725.50
Creditors Holding Unsecured Nonpriority Claims                                Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Dominick Ross and Karyn Ross_____,    Case No. _____
       **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9958<br>Creditor # : 44<br>Northwest Community Hospital<br>800 West Central Road<br>Arlington Height IL 60005 | | H | 2006<br>Medical Bills | | | | $ 462.00 |
| Account No:    9958<br>Representing:<br>Northwest Community Hospital | | | C B Accounts Inc<br>1101 Main Street<br>Peoria IL 61606 | | | | |
| Account No:    2904<br>Creditor # : 45<br>Northwest News Group<br>P O Box 250<br>Crystal Lake IL 60039-0250 | | W | 2007<br>Services | | | | $ 276.15 |
| Account No:    8206<br>Creditor # : 46<br>Nuvell Financial Services<br>P O Box 242627<br>Little Rock AR 72223-0031 | | W | 11/2007<br>Repossession<br>2005 Chev Tahoe | | | | $ 11,591.59 |
| Account No:    8206<br>Representing:<br>Nuvell Financial Services | | | First Financial Asset Mgmt<br>P O Box 6887<br>Miramar Beach FL 32550 | | | | |
| Account No:    0678<br>Creditor # : 47<br>Pathology Consultants of North<br>P O Box 88641<br>Chicago IL 60680 | | H | 2007<br>Medical Bills | | | | $ 68.00 |

Sheet No. __10__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 12,397.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_ ,      Case No. _____
        **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2493<br>Creditor # : 48<br>Quest Diagnostics<br>1355 Mittel Boulevard<br>Attn  Patient Billing<br>Wood Dale IL 60191-1024 | | H | 2007<br>Medical Bills | | | | $ 193.25 |
| Account No:   1471<br>Creditor # : 49<br>Quest Diagnostics<br>1355 Mittel Boulevard<br>Attn  Patient Billing<br>Wood Dale IL 60191-1024 | | H | 2007<br>Medical Bills | | | | $ 36.00 |
| Account No:   1471<br>Representing:<br>Quest Diagnostics | | | AMCA<br>2269 S Saw Mill River Road<br>Elmsford NY 10523 | | | | |
| Account No:   1466<br>Creditor # : 50<br>Quest Diagnostics<br>1355 Mittel Boulevard<br>Attn  Patient Billing<br>Wood Dale IL 60191-1024 | | H | 2007<br>Medical Bills | | | | $ 36.00 |
| Account No:   5680<br>Creditor # : 51<br>Quest Diagnostics<br>1355 Mittel Boulevard<br>Attn  Patient Billing<br>Wood Dale IL 60191-1024 | | J | 2007<br>Medical Bills<br>Anthony Ross | | | | $ 17.00 |
| Account No:   n/a<br>Creditor # : 52<br>Risk Management Alternatives<br>2200 South Busse Road<br>Mount Prospect IL 60056 | | H | 2003<br>Utilities<br>Nicor Account | | | | $ 1,956.90 |

Sheet No. __11__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,239.15

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    5002<br>Creditor # : 53<br>Ronald E Griesheimer<br>321 Grand Avenue<br>Waukegan IL 60085 | | J | 2007<br>Legal Services<br>Case No. 07SC5436 | | | | $ 2,394.54 |
| Account No.    3827<br>Creditor # : 54<br>Rush North Shore Medical Ctr<br>P O Box 97805<br>Chicago IL 60678 | | H | 2007<br>Medical Bills | | | | $ 11,599.90 |
| Account No.    8386<br>Creditor # : 55<br>Rush North Shore Medical Ctr<br>P O Box 97805<br>Chicago IL 60678 | | H | 2007<br>Medical Bills | | | | $ 249.09 |
| Account No.    8386<br>Representing:<br>Rush North Shore Medical Ctr | | | Pellettieri & Assoc Ltd<br>991 Oak Creek Drive<br>Lombard IL 60148-6408 | | | | |
| Account No.    n/a<br>Creditor # : 56<br>Sam and Janet Feder<br>2378 Fishhook Way<br>Wauconda IL 60084 | | J | 07/2008<br>Lease | | | | $ 2,300.00 |
| Account No.    n/a<br>Representing:<br>Sam and Janet Feder | | | Coldwell Banker<br>1133 South Milwaukee Ave<br>Libertyville IL 60048 | | | | |

Sheet No. __12__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 16,543.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____,   Case No. _____
      **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   n/a<br>Creditor # : 57<br>Sandman Paving & Seal Coating<br>39w491 Freeman Rd<br>Gilberts IL 60136 | | J | 2005<br>Service | | | | $ 2,200.00 |
| Account No:   Ross<br>Creditor # : 58<br>Sansone and Associates PC<br>44 N Virginia St<br>Ste 2D<br>Crystal Lake IL 60014 | | J | 2007<br>Services | | | | $ 2,000.00 |
| Account No:   8431<br>Creditor # : 59<br>SBC Communications Inc.<br>175 East Houston<br>San Antonio TX 78205-2233 | | H | 2007<br>Utilities | | | | $ 298.08 |
| Account No:   8431<br>Representing:<br>SBC Communications Inc. | | | Midland Credit Management<br>P O Box 1259<br>Dept 12421<br>Oaks PA 19456 | | | | |
| Account No:   0137<br>Creditor # : 60<br>Sherman Hospital<br>934 Center Street<br>Elgin IL 60120 | | H | 2007<br>Medical Bills | | | | $ 458.85 |
| Account No:   0137<br>Representing:<br>Sherman Hospital | | | Harris & Harris Ltd<br>600 W Jackson Boulevard<br>Suite 400<br>Chicago IL 60661 | | | | |

Sheet No. __13__ of ___16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 4,956.93

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____,        Case No._____
                **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  3755<br>Creditor # : 61<br>Sherman Hospital<br>934 Center Street<br>Elgin IL 60120 | | W | 2007<br>Medical Bills | | | | $ 274.20 |
| Account No.  3755<br><br>Representing:<br>Sherman Hospital | | | Harris & Harris Ltd<br>600 W Jackson Boulevard<br>Suite 400<br>Chicago IL 60661 | | | | |
| Account No.  6120<br>Creditor # : 62<br>Steven Meyers MD<br>P O Box 407<br>Glencoe IL 60022-0407 | | H | 2007<br>Medical Bills | | | | $ 325.00 |
| Account No.  9571<br>Creditor # : 63<br>Sushil K Sharma MD<br>P O Box 77-2788<br>Chicago IL 60678 | | H | 10/2007<br>Medical Bills | | | | $ 25.00 |
| Account No.  5894<br>Creditor # : 64<br>Sushil K Sharma MD<br>P O Box 597903<br>Chicago IL 60659 | | H | 10/2007<br>Medical Bills | | | | $ 330.00 |
| Account No.  n/a<br>Creditor # : 65<br>Tetiana Krych<br>3451 N Carriageway Drive<br>Unit 204<br>Arlington Height IL 60004-1529 | | W | 2005<br>Wages<br>Home Care Options | | | X | $ 3,000.00 |

Sheet No. __14__ of ___16___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,954.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____ ,        Case No. _____
             **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3727 | H | | 2007 | | | | $ 227.52 |
| Creditor # : 66 US Cellular c/o Credit Collection Services Two Wells Ave Dept 9136 Newton Center MA 02459 | | | Cell Phone Service | | | | |
| Account No:   0001 | W | | 2007 | | | | $ 1,167.95 |
| Creditor # : 67 Verizon Wireless 777 Big Timber Road Elgin IL 60123-1488 | | | Cell Phone Service | | | | |
| Account No:   0001 | | | | | | | |
| Representing: Verizon Wireless | | | Allied Interstate Inc P O Box 361774 Columbus OH 43236-1774 | | | | |
| Account No:   0001 | | | | | | | |
| Representing: Verizon Wireless | | | AllianceOne Receivables 1684 Woodlands Drive Ste 150 Maumee OH 43537 | | | | |
| Account No:   6390 | W | | 2007 | | | X | $ 2,809.57 |
| Creditor # : 68 Wyse Financial Services 3410 South Galena Street Suite 250 Denver CO 80231 | | | Credit Card Debt NCO/Assignee of Sears | | | | |
| Account No:   6390 | | | | | | | |
| Representing: Wyse Financial Services | | | NCO Financial Services 507 Prudential Road Horsham PA 19044 | | | | |

Sheet No. _15_ of _16_ continuation sheets attached to Schedule of          Subtotal $          $ 4,205.04
Creditors Holding Unsecured Nonpriority Claims                                    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Dominick Ross and Karyn Ross_____ ,     Case No. _____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *9315*<br><br>*Creditor # : 69*<br>*Yellow Book USA*<br>*2560 Renaissance Blvd*<br>*King of Prussia PA 19406-2673* | | *W* | *2005*<br>*Service*<br>*Home Care Option Inc* | | | | $ 130.94 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _16_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 130.94 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | **Total $** | $ 92,893.95 |

B6G (Official Form 6G) (12/07)

In re _Dominick Ross and Karyn Ross_ _____ / Debtor

Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Sam and Janet Feder*<br>*2378 Fishhook Way*<br>*Wauconda IL  60084* | Contract Type:*Residential lease*<br>Terms:<br>Beginning date:*9/1/2008*<br>Debtor's Interest:*Lessee*<br>Description: *Debtors signed a residential lease which was to commence 9/1/08; however, they had to cancel the lease.*<br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Dominick Ross and Karyn Ross_ _____ / Debtor        Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _Dominick Ross and Karyn Ross_ ,    Case No. _____
                    **Debtor(s)**                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *Son* *Son* | AGE(S): *5* *2* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Public Works* | *Unemployed* |
| Name of Employer | *Village of Round Lake* | |
| How Long Employed | *08/2001* | |
| Address of Employer | *442 North Cedar Lake Road* *Round Lake IL  60073* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *4,174.63* | $ *0.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *4,174.63* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *866.15* | $ *0.00* |
| b. Insurance | $ *565.87* | $ *0.00* |
| c. Union dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *1,432.01* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *2,742.61* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *3,700.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *3,700.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ *6,442.61* | $ *0.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *6,442.61* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re <u>*Dominick Ross and Karyn Ross*</u>                                    ,        Case No. _____

          **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
|   a. Are real estate taxes included?   Yes ☐   No ☒ | | |
|   b. Is property insurance included?   Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 280.00 |
|   b. Water and sewer | $ | 50.00 |
|   c. Telephone | $ | 0.00 |
|   d. Other   *Cellular Phone* | $ | 60.00 |
|   Other   *Cable & Internet* | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 220.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | 10.00 |
|   b. Life | $ | 0.00 |
|   c. Health | $ | 0.00 |
|   d. Auto | $ | 25.00 |
|   e. Other | $ | 0.00 |
|   Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 0.00 |
|   b. Other:   *IRS Install* | $ | 500.00 |
|   c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 2,600.00 |
| 17. Other:   *Diapers* | $ | 100.00 |
|   Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES   Total lines 1-17. Report also on Summary of Schedules | $ | 7,480.00 |
|   and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|   a. Average monthly income from Line 16 of Schedule I | $ | 6,442.61 |
|   b. Average monthly expenses from Line 18 above | $ | 7,480.00 |
|   c. Monthly net income (a. minus b.) | $ | (1,037.39) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Dominick Ross*
    *and*
    *Karyn Ross*
    *aka Karyn S Pearson Ross*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Year to date:   $29,690.56 | 01/2008 to 07/06/2008 (Husband's Wages) |
| $16,700.00 | 04/2008 to 08/2008 (Husband's Gross Business Income) |
| $2,000.00 | 01/2008 to 02/2008 (Wife's estimated Gross Business Income) |
| Last Year:   $43,710.33 | 2007 (Husband) |
| $10,000.00 | 2006 (Wife's approximate Gross Business Income) |
| Year before:   $38,668.00 | 2006 (Husband) |
| $77,288.00 | 2006 (Wife's Gross Business Income) |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☐  Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor: Sam and Janet Feder Address: 2378 Fishhook Way Wauconda, IL 60084* | *07/2008* | *$2,300.00* | *Signed a 12-month home lease that debtors had to cancel.* |

None ☒  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *FFPM Carmel Holdings I, LLC v. Karyn Ross Case No. 08 SC 1926* | *Collection* | *Circuit Court for 22nd Judicial Circuit, McHenry County, IL, 2200 N. Seminary Ave, Woodstock, IL* | *Case dismissed 8/20/08 with prejudice on Plaintiff's Motion.* |
| *US Bank NA dba Elan Financial Services v Dominick Ross Case No. 08 SC 1792* | *Collection* | *Circuit Court for 22nd Judicial Circuit, McHenry County, IL, 2200 N. Seminary Ave, Woodstock, IL* | *Pending* |
| *HSBC Bank, USA, NA, et al.* | *Complaint to Foreclose Mortgage* | *Circuit Court of the 22nd Judicial* | *Pending* |

Statement of Affairs - Page 2

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *v.* <br> *Dominick S. Ross,* <br> *et al.* <br> *Case No. 08 CH 1404* | | *District, McHenry County, Woodstock, IL* | |
| *Ron Griesheimer* <br> *v.* <br> *Karyn and Dominick Ross* <br> *Case No. 07SC5436* | *Collection* | *Lake County Courthouse, Circuit Court of the 19th Judicial Circuit, Lake County, Waukegan IL* | *Judgment entered in favor of Plaintiff* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Nuvell Financial Services* <br> *Address: P O Box 242627* <br> *Little Rock, AR 72223-0031* | *11/2007* | *Description:  2005 Chevy Tahoe Truck* <br> *Value:  $19,000.00* |

## 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Sherwin A. Gerstein* *Address:* *77 West Washington Street* *Suite 712* *Chicago, IL 60602* | *Date of Payment: 07/2008* *Payor: Dominick and Karyn Ross* | *$2900.00 including filing fee* |

## 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Homestate Bank* *Address: 40 Grant Street, Crystal Lake, IL 60014* | *Account Type and No.: Checking Account No. 8725401* *Final Balance: $1,000.00* | *Closed 04/2008* |

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Statement of Affairs - Page 5

## 18. Nature, location and name of business

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *HOME CARE OPTIONS, INC.* | ID: 73-1635215 | *1549 DRIFTWOOD, CRYSTAL LAKE, IL 60014* | *Independent contractors for senior homecare* | *04/04/2002 to 02/2008* |
| *SENIOR HOME CARE SERVICES, INC.* | ID: 9241 | *1549 DRIFTWOOD LN, CRYSTAL LAKE, IL 60014* | *Providing medical transport to caregivers* | *04/10/2008 to current* |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS            DATES SERVICES RENDERED

*Name:  Sansone & Associates PC*
*Address:  44 N Virginia St Ste 2D Crystal Lake, IL 60014*

*Dates:  2002 - 2008 for Home Care Options, Inc.*

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME

ADDRESS

*Name: Sansone &*
*Associates PC*
*Missing: None (for Home*
*Care Options, Inc.)*

*44 N Virginia St Ste 2D Crystal Lake, IL*
*60014*

| None ☒ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case. |

## 20. Inventories

| None ☒ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| None ☒ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

## 21. Current Partners, Officers, Directors and Shareholders

| None ☒ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| None ☒ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

## 22. Former partners, officers, directors and shareholders

| None ☒ | a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |

| None ☒ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |

Statement of Affairs - Page 7

**23. Withdrawals from a partnership or distribution by a corporation**

None

☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  _08/29/2008_    Signature  _/s/ Dominick Ross_
                      of Debtor

Date  _08/29/2008_    Signature  _/s/ Karyn Ross_
                      of Joint Debtor
                      (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Dominick Ross*                                              Case No.
        *and*                                                        Chapter  7
        *Karyn Ross*
        *aka Karyn S Pearson Ross*

_____  / Debtor
Attorney for Debtor:   *Sherwin A. Gerstein*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
     a)   For legal services rendered or to be rendered in contemplation of and in
          connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *2,900.00*
     b)   Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *2,900.00*
     c)   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.   $_____*299.00*_____of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
     a)   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
          file a petition under title 11 of the United States Code.
     b)   Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
          court.
     c)   Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
     services performed, and
          *None other*

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
     be from earnings, wages and compensation for services performed, and
          *None other*

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
     the value stated:
          *None*

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
     law firm, any compensation paid or to be paid except as follows:
          *None*

Dated: *08/29/2008*                      Respectfully submitted,


                            X */s/ Sherwin A. Gerstein*
        Attorney for Petitioner: *Sherwin A. Gerstein*
                                 *Sherwin A. Gerstein and Associates*
                                 *77 West Washington Street*
                                 *Suite 712*
                                 *Chicago IL  60602*
                                 *312.726.3338*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Dominick Ross and Karyn Ross*

Case No.

Chapter   **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

☒   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒   I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *08/29/2008*

Debtor: */s/ Dominick Ross*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Dominick Ross and Karyn Ross*                    Case No.
                                                        Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *08/29/2008*                    Debtor: */s/ Karyn Ross*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Dominick Ross and Karyn Ross*                                  Case No.
                                                                      Chapter   **7**


_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *Residence* | *Litton Loan Servicing* | *X* | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: _08/29/2008_          Debtor: */s/ Dominick Ross* _____

Date: _08/29/2008_          Joint Debtor: */s/ Karyn Ross* _____